IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER MURPHY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE DAVID S.
GIBSON, JR., DISTRICT JUDGE,
Respondents,
and
ALICIA MURPHY,
Real Party in Interest.

No. 79791

FILED

MAR 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING WRIT PETITION*

Petitioner contends that, absent a remand under *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978), *disapproved on other grounds by Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010), the district court lacks jurisdiction to hold a calendar call and order discovery regarding real party in interest's motion to relocate while petitioner's appeal in Docket No. 78300 is pending. However, after petitioner filed this writ petition, this court ordered a *Huneycutt* remand. *See Murphy v. Moore*, Docket No. 78300 (Nov. 1, 2019, Order Granting Motion for Limited Remand and Suspending Briefing Schedule). Consequently, there is no longer any relief that this court can grant petitioner within the context of this writ petition, rendering the petition moot. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) ("This court's duty is not to render advisory opinions

20-10535

but, rather, to resolve actual controversies by an enforceable judgment."). We therefore dismiss this writ petition.

It is so ORDERED.

_____ , C.J.
Pickering

_____ , J.
Gibbons

_____ , J.
Silver

cc:    Hon. David S. Gibson, Jr., District Judge
       Cramer Law Firm
       Pecos Law Group
       Eighth District Court Clerk